IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0807 CW |
| Plaintiff, | ORDER DENYING MOTION FOR PRODUTION OF TRANSCRIPTS |
| v. | |
| MARVIN WAYNE YOUNG, JR., | |
| Defendant. | |

Defendant Marvin Wayne Young, Jr. moves for the production of transcripts, abstract of judgment, minute orders, proceedings on sentencing, and the prosecutor's and his defense attorney's file regarding his case. He requests that these documents be reproduced at the government's expense. No opposition has been filed. Having read the papers filed by Defendant, the Court denies the motion.

In support of his motion, Defendant has filed forms and documents from state court. These state court forms do not apply to Defendant's case here, in federal court. In this Court, Defendant plead guilty and waived his right to appeal. He has not cited any federal authority giving him a right to transcripts, court documents or attorneys' files at government expense.

Therefore, Defendant's motion for production of documents is denied.

IT IS SO ORDERED.

Dated: 1/9/2012

CLAUDIA WILKEN
United States District Judge